UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONDA SCHILLACI,

    Plaintiff,

v.

                              Case No.: 1:10-cv-637

                              HONORABLE PAUL L. MALONEY

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

      The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Joseph G. Scoville in this action (ECF No. 14). The Report and Recommendation was duly served on the parties. No objections have been filed.

      ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

      THEREFORE, IT IS ORDERED that the decision of the Commissioner is **AFFIRMED**.


Dated:  November 17, 2011                /s/ Paul L. Maloney
                                                  Paul L. Maloney
                                                    Chief United States District Judge