UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONDA SCHILLACI,

        Plaintiff,

                                    Case No. 1:10-cv-637

v.

                                    HONORABLE PAUL L. MALONEY

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant,
_____/

## **JUDGMENT**

      Pursuant to Fed.R.Civ.P. 58, **JUDGMENT** is hereby entered in favor of the defendant and against the plaintiff.


Date:  November 17, 2011                         /s/ Paul L. Maloney
                                                              Paul L. Maloney
                                                              Chief United States District